UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | 11-12455 |
| 6757 S. EVANS, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Susan Pierson Sonderby |

### THIRD EXTENSION OF SECOND AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

This matter came before the Court for status on the Debtor's Motion for Authority to Use Cash Collateral; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "December 31, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

3. The matter is continued until 10:30 a.m. December 20, 2011 for status.

DATED:                                    ENTERED:

NOV 30 2011                               _____
                                          Honorable Susan Pierson Sonderby
                                          United States Bankruptcy Judge


**Order Prepared By:**
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#458



December 2011

**6757-59 S. EVANS, LLC**
(URBAN PARTNERSHIP BANK)

|  | Monthly Gross Rent |
|---|---:|
| **Total Gross Rent for December:** | $ 5,718.00 |
|  |  |
| **December Expenses:** |  |
| Property Management Fee & Overhead | $ - |
| Property Repairs & Maintenance | $ 285.90 |
| Section 8 Inspection Related Costs | $ 200.00 |
| Section 8 Inspection Repairs | $ 600.00 |
| Tenant Replacement Repairs | $ - |
| Eviction Filing | $ 500.00 |
| Legal Retainer | $ - |
| RE Advertisement | $ - |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Landscaping/Snow Removal | $ 120.00 |
| Extermination | $ - |
| Alarm Security | $ - |
| Property Insurance | $ 223.23 |
| Building Registration | $ - |
| Scavenger | $ - |
| Utilities: Electric | $ 135.00 |
| Utilities: Gas | $ 312.00 |
| Utilities: Water | $ - |
| Real Estate Taxes | $ - |
|  |  |
| **Total December Expenses:** | $ 2,436.13 |
|  |  |
| **Net Cash** | $ 3,281.87 |

**DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.**

